FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 MAR 15 PM 4:22
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

United States of America
ex rel. Cameron R. Gilbert,
Bernie A. Hebert, Jr. and Gwendolyn M. McInnis,
Relators

CIVIL ACTION

VERSUS

NO. 03-0437

Donald R. Dizney, David A. Dizney,
James E. English, Kevin Barkman
Patrick Hammer, Gregg Cunniff,
United Medical Corporation, United Medical
Corporation of Louisiana,
St. Claude Medical Center, LLC
(in bankruptcy), United Medical
Corporation of Orlando,
Ten Broeck-Dupont Hospital,
Ten Broeck-KMI Hospital,
Ten Broeck Jacksonville, LLC,
Ten Broeck North Carolina, LLC,
Ten Broeck Hospitals, Inc.,
UMC, Inc. of Kentucky, United
Medical Corporation of Tampa,
United Medical Corporation of
Puerto Rico, Inc., UMC Ten Broeck, Inc.,
United Medical Corporation of Kentucky,
United Medical Center of New Orleans,
Hospital Pavia – Santurce,
Hospital Pavia-Hato Rey,
San Jorge Children's Hospital,
Hospital Gubern, Hospital Perea,
Las Marias Reference and O/P Labs.
Defendants

SECTION "F"

MAGISTRATE 5

## SECOND AMENDED and SUPPLEMENTAL COMPLAINT

Relators, Cameron R. Gilbert, Bernie A. Hebert, and Gwendolyn M. McInnis, submit this Second Amended Complaint prior to the filing of an answer and with the consent of the United States of America.



The complaint is supplemented as follows:

Count XIV - Breach of Contract

120.

To participate in the Medicare and Medicaid programs, hospitals must sign a contract to receive a provider number. CMS uses this provider number to process all amounts due to the hospitals. The contract specifies numerous conditions of participating in the Medicaid and Medicare programs. Defendants are in breach of contract for violating all conditions of participation. The total amount of damages the US government has suffered due to such breach is $54,711,684. This is the total amount defendants received from Medicare and Medicaid during the period 1997-2002. On information and belief, defendants were in breach of contract for years preceding 1997, and thus the total amount of damages is greater than $54,711,684.

121.

Paragraph 2 of the Original Complaint is stricken in its entirety. St. Claude Medical Center, LLC is no longer in Bankruptcy.

122.

Cameron R. Gilbert is stricken as a relator. Bernie A. Hebert, Jr. and Gwendolyn M. McInnis continue as relators.

123.

Paragraph 12 of the Original Complaint is amended as follows:

Paragraph 12 (F), (K), (L), (M), (N), (O), (Q), (S), (T), (U), (V), (W), (X), are stricken and the claims are dismissed as to Ten Broeck Jacksonville, LLC , Ten Broeck North Carolina, LLC , Ten Broeck Hospitals, Inc , UMC, Inc. of Kentucky, the United Medical Corporation of

Puerto Rico, Inc., Hospital Pavia – Santurce, Hospital Pavia-Hato Rey, San Jorge Children's Hospital, Hospital Gubern, Hospital Perea, Las Marias Reference, and O/P Labs in Puerto Rico.

WHEREFORE, Relators pray that this Amending and Supplemental Complaint be admitted and that after due proceedings are had, there be judgment as prayed for in the original complaint, and for the damages alleged in this Amending and Supplemental Complaint in favor of the United States of American in the amount of $54,711,684, to be trebled under law, reasonable attorneys fees, costs and pre-judgment interest, and for such further and additional relief as the Court may deem appropriate.

Respectfully submitted,

James F. Willeford (Bar #13485)
Reagan Toledano (Bar # 29687)
Willeford Law Firm
201 St. Charles Avenue, Suite 4208
New Orleans, Louisiana 70170
Telephone: (504) 582-1286
Facsimile: 313-692-5927
jimwilleford@willefordlaw.com

CERTIFICATE OF CONSENT

I HEREBY CERTIFY that Sharon Smith, Assistant U.S. Attorney and Counsel of Record on behalf of the United States has consented to this Second Amended and Supplemental Complaint.

I FURTHER CERTIFY that a copy of the above and foregoing pleading has been duly served upon all counsel of record by U.S. Mail, postage prepaid, this 15 day of March, 2007.

JAMES F. WILLEFORD